UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-1480
(8:19-cv-00665-GJH)

———————————

NOEL MORAN ROJAS; MIGUEL HILARION JIMINEZ; OLIVIA ISABEL
GONZALES; MAYRA LUISA CASTILLO CASTENEDA; LUZMARIA
ARMENDAIZ DE ARROYO; PATRICIO MERCADO; ALEXANDRA
ALMANZA; RUBEN ALFONSO ARROYO; TERESA ESTRADA-JIMENEZ,
individually and on behalf of all others similarly situated

Plaintiffs-Appellants

v.

DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; AMERICAN AIRLINES,
INC.; AEROVIAS DE MEXICO, S.A. DE C.V.; ABC AEROLINEAS, S.A. DE
C.V.; AEROENLACES NACIONALES, S.A. DE C.V.; SOUTHWEST AIRLINES
CO.; JETBLUE AIRWAYS CORPORATION

Defendants-Appellees

———————————

**NOTICE OF BANKRUPTCY FILING
AND IMPOSITION OF AUTOMATIC STAY**

———————————

PLEASE TAKE NOTICE that on June 30, 2020, (the "Petition Date"),

Aerovías de México, S.A. de C.V., as debtor and debtor in possession (the "Debtor"),

commenced a voluntary case (the "Chapter 11 Case") under chapter 11 of title 11 of

the United States Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court"). The Chapter 11 Case is being administered under Case No. 20-11563.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

PLEASE BE FURTHER ADVISED that any action taken against the Debtor without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtor reserves and retains its statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Case, please contact counsel for the Debtor:

DAVIS POLK & WARDWELL LLP
Timothy Graulich (timothy.graulich@davispolk.com)
Stephen Piraino (stephen.piraino@davispolk.com)
Erik Jerrard (erik.jerrard@davispol.com)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800


Respectfully submitted this 2nd day of July, 2020.

/s/*J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
(T) 215-963-5000
(F) 215-963-5001
gordon.cooney@morganlewis.com
-and-
Bryan M. Killian
Raechel K. Kummer
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(T) 202-739-3000
(F) 202-739-3001
bryan.killian@morganlewis.com
raechel.kummer@morganlewis.com

*Counsel for Appellee Aerovias de Mexico, S.A. de C.V.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a copy of the within and foregoing to be served by electronically filing the same with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of that filing to counsel of record as follows:

Stephen W. Abbott
Mathew John Prebeg
Prebeg, Faucett & Abbott, PLLC
8441 Gulf Freeway, Suite 307
Houston, Texas 77017
Telephone: (832) 742-9269
Fax: (832) 742-9261
sabbott@pfalawfirm.com

Eric F. Citron
Tejinder Singh
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Fax: (866) 574-2033
ecitron@goldsteinrussell.com
tsingh@goldsteinrussell.com

Jason H. Kim
James A. Bloom
Schneider Wallace
Cottrell Konecky, LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
jkim@schneiderwallace.com
jbloom@schneiderwallace.com

Anna M. Rathbun
Sadik Huseny
Daniel M. Wall
Molly M. Barron
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
anna.rathbun@lw.com
sadik.huseny@lw.com
dan.wall@lw.com
molly.barron@lw.com

*Counsel for American Airlines Incorporated*

*Counsel for Appellants*

Frank M. Lowrey, IV
Solesse L. Altman
BONDURANT, MIXSON &
ELMORE, LLP
1201 West Peachtree Street, N.W.,
Suite 3900
Atlanta, Georgia  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile
lowrey@bmelaw.com
altman@bmelaw.com

*Counsel for Delta Air Lines, Inc.*

Noah A. Brumfield
J. Mark Gidley
Jaime M. Crowe
Jaclyn Phillips
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3698
Fax: (202) 639-9355
nbrumfield@whitecase.com
mgidley@whitecase.com
jcrowe@whitecase.com
jaclyn.philips@whitecase.com

*Counsel for Aeroenlaces Nacionales,
S.A. de C.V.*

Sondra A. Hemeryck
Eli J. Litoff
Gregory Keith Wells
Patricia Brown Holmes
Riley Safer Holmes & Cancila, LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8724
Fax: (312) 471-8701
shemeryck@rshc-law.com
elitoff@rshc-law.com

*Counsel for United Airlines, Inc.*

M. Roy Goldberg
Brandon R. Nagy
Christy M. Milliken
Tracey M. Ohm
Stinson LLP
1775 Pennsylvania Ave., NW, Ste 800
Washington, DC 20006
Telephone: (202) 728-3005
Fax: (202) 572-9942
roy.goldberg@stinson.com
christy.milliken@stinson.com
brandon.nagy@stinson.com

*Counsel for Southwest Airlines Co.;
JetBlue Airways Corporation; and
ABC Aerolineas (d/b/a Interjet)*

This 2nd day of July, 2020.

/s/ *J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.