FILED:  July 17, 2020

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1480
(8:19-cv-00665-GJH)

_____

NOEL MORAN ROJAS; MIGUEL HILARION JIMENEZ; OLIVIA ISABEL
GONZALES; MAYRA LUISA CASTILLO CASTENEDA; LUZMARIA
ARMENDAIZ DE ARROYO; PATRICIO MERCADO; ALEXANDRA
ALMANZA; RUBEN ALFONSO ARROYO; TERESA ESTRADA-JIMENEZ,
individually and on behalf of all others similarly situated

          Plaintiffs – Appellants

v.

DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; AMERICAN AIRLINES,
INC.; AEROVIAS DE MEXICO S.A. DE C.V.; ABC AEROLINEAS, S.A. DE
C.V.; AEROENLACES NACIONALES, S.A. DE C.V.; SOUTHWEST
AIRLINES CO.; JETBLUE AIRWAYS CORPORATION

          Defendants - Appellees

_____

O R D E R

_____

Upon notice that party Aerovías de México, S.A. de C.V., being the subject

of bankruptcy proceedings in which an automatic stay is in effect, the court

administratively closes this appeal without prejudice to filing of a motion to reopen the appeal upon termination or lifting of the stay in bankruptcy.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk