FILED: July 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1480
(8:19-cv-00665-GJH)
_____

NOEL MORAN ROJAS; MIGUEL HILARION JIMENEZ; OLIVIA ISABEL GONZALES; MAYRA LUISA CASTILLO CASTENEDA; LUZMARIA ARMENDAIZ DE ARROYO; PATRICIO MERCADO; ALEXANDRA ALMANZA; RUBEN ALFONSO ARROYO; TERESA ESTRADA-JIMENEZ, individually and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

DELTA AIRLINES, INC.; UNITED AIRLINES, INC.; AMERICAN AIRLINES, INC.; AEROVIAS DE MEXICO S.A. DE C.V.; ABC AEROLINEAS, S.A. DE C.V.; AEROENLACES NACIONALES, S.A. DE C.V.; SOUTHWEST AIRLINES CO.; JETBLUE AIRWAYS CORPORATION

        Defendants - Appellees

_____

M A N D A T E
_____

The court's order administratively closing this appeal takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        */s/Patricia S. Connor, Clerk*